*IC*

RECEIVED

FEB 18 2025

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF ILLINOIS**

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**JOSEPH SUTHERLAND**, Plaintiff,

**v.**

**COOK COUNTY, COOK COUNTY STATES ATTORNEY OFFICE,**

**ASSISTANT STATES ATTORNEY KARIN A. TRAVIS, SANDRA L. CROWLEY ADMINISTRATIVE SUPERVISOR,**

**OFFICER EDWARDS (first name and badge number unknown)**, Defendants.

**Case No.: 1:25-cv-01163**

**Judge: Honorable Jeffrey I. Cummings**

**RE: CIVIL RIGHTS AMENDED COMPLAINT (42 U.S.C 1983 -Deprivation of Rights Under Color of Law)**

**I. PARTIES**

1. Plaintiff: Joseph Sutherland (Plaintiff) is a resident of Cook County, Illinois.

2. Defendant Cook County: A governmental entity responsible for overseeing operations within Cook County, including the Cook County State's Attorney's Office.

3. Defendant Cook County State's Attorney's Office: A public office responsible for prosecuting cases within Cook County.

4. Defendant Karin A. Travis: An Assistant State's Attorney, named as a defendant in both her official and personal capacities for actions taken in connection with the fraudulent documents at issue.

5. Defendant Sandra L. Crowley: An Administrative Supervisor, named as a defendant in both her official and personal capacities for her involvement in perpetuating the alleged fraudulent actions.

6. Defendant: Officer Edwards (first name and badge number unknown): the full identity of Officer is currently unknown to Plaintiff as Plaintiff reserves the right to amend this complaint upon obtaining Officers full name. Officer Edwards is named as a defendant in both his official and personal capacities.

**II. JURISDICTION AND VENUE**

7. This court has Jurisdiction under **28 U.S.C 1331**, as this case arises under Illinois Federal law, including violations of Plaintiffs constitutional rights under **42 U.S.C 1983**.

8. Venue is proper in the U.S District Court for the Northern District of Illinois under **28 U.S.C 1391(b)(2)** As a substantial part of the events or omissions giving rise to this claim occurred in Cook County, Illinois. The alleged fraudulent filing, denial of proper hearing notice, and procedural misconduct by court officials transpired within the jurisdiction of this Court

### III. FACTUAL BACKGROUND

9. Plaintiff alleges that between **March 2024** and **February 2025**, a series of events involving the Defendants' actions and communications led to **significant harm**, including but not limited to **job loss, emotional distress**, and **financial damages**. The key events are outlined below, with supporting exhibits attached:

   a. On **March 23, 2024**, Plaintiff and Plaintiff's mother, Mildred Sutherland, submitted **Affidavits** confirming that Plaintiff did not reside at the alleged address during the time in question. **(Exhibit A)**

   b. On **May 7, 2024**, Plaintiff filed an Appearance form with the court, informing the opposing party of his unstable living situation and providing direct contact information, including an email address (jsuth127@gmail.com) and **phone number** (773) 710-2107. **(Exhibit B)**

   c. **September 2, 2024**, Plaintiff sent an email to Assistant Attorney Karin A. Travis, informing her that emails regarding the court hearing scheduled for **September 3, 2024**, had been sent to Ms. Latonya Brandy, Petitioner and Attorney Timothy McAvoy, who was not handling this case, but **Plaintiff was not notified. (Exhibit C)**

   d. On **September 3, 2024**, ASA Karin A. Travis acknowledged the notification error in her response email and assured Plaintiff that such errors would be corrected moving forward. **(Exhibit D)**

   e. **November 18, 2024**, Administrative Supervisor Sandra Crowley emailed Plaintiff a **Notice to Produce**, bearing the Signature of ASA Karin A. Travis, which pertained to **docket 1990D050342. (Exhibit E)**

   f. **Plaintiff did not receive any procedural emails or notifications regarding the scheduled court date hearing on December 17, 2024, despite having provided direct contact information and relying on established communication channels. (Exhibit F)**

   g. On **December 19, 2024**, Plaintiff submitted a **Freedom of Information Act (FOIA) request** to the Cook County State's Attorney Office, seeking documentation of all court notification issued for the **December 17, 2024**, hearing, including recipients and delivery confirmations. **(Exhibit G)**

   h. **December 20, 2024**, the Cook County State's Attorney Office **acknowledge receipt** of the FOIA request under reference number **R003292-121924.** A response from the FOIA system indicated that **"No Records Exist"** for notifications related to the request hearing date. **(Exhibit H)**

   i. On **January 8, 2025**, Plaintiff added a document containing the fraudulent signature from a **"Ms. Williams"**, which was used in key documents. **(Exhibit I)**

   j. **January 8, 2025**, Plaintiff received an employment verification letter from TruckMovers, confirming his employment and last working day as **December 1, 2022**, supporting his claim. **(Exhibit J)**

   k. On **January 28, 2025**, Plaintiff arrived at the **Richard J. Daley Center** to attend to legal matters and was subjected to an **unwarranted search and intimidation** by officer Edwards (full name and badge number is unknown). **(Exhibit K)**

## IV. CLAIMS FOR RELIEF
### Count I – Fraud

10. Plaintiff realleges and incorporates by reference all preceding paragraphs as though fully set forth herein.

11. Defendants submitted and relied on documents containing a signature that Plaintiff asserts is fraudulent, despite having reason to believe the signature was not genuine.

12. Defendants had notice of the affidavits submitted by Plaintiff on March 23, 2024, which directly contradicted their claims. Despite having ample opportunity to issue a Notice to Produce or conduct a proper investigation prior to Plaintiff filing his reply on September 20, 2024, Defendants failed to do so. Instead, Defendants dismissed the affidavit without proper inquiry, referring to them as "self-serving and meaningless". The Notice to Produce was only issued on November 18, 2024, months after receiving the Affidavits and after Plaintiff's reply, suggesting it was intended to delay the proceeding rather than genuinely investigate or verify the disputed facts.

13. Defendants' actions were intended to mislead and harm Plaintiff by creating a false basis for legal actions and interfering with Plaintiff's legal rights.

14. As a direct and proximate result of Defendants' actions, Plaintiff has suffered significant harm, including but not limited to economic loss, emotional distress, and reputational damage.

15. Plaintiff seeks compensatory and punitive damages for the harm caused by Defendants' Intentional and Malicious conduct.

### Count II – NEGLIGENT MISREPRESENTATION

16. Plaintiff realleges and incorporates by reference all preceding paragraphs as though fully set forth herein.

17. Defendants, acting in their official capacities, represented material facts to the court and other parties by submitting documents containing a signature that Plaintiff asserts is fraudulent.

18. Defendants failed to exercise reasonable care in verifying the accuracy and authenticity of these documents, despite having reason to believe that the signature and related information were false.

19. Defendants' reliance on these documents without conducting a reasonable inquiry or proper verification constitutes negligent misrepresentation, as a reasonable person in their position would have investigated further before continuing to rely on such disputed evidence.

20. Plaintiff seeks compensatory damages for the harm caused by Defendants' negligent misrepresentation.

### Count III – INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS (IIED)

21. Plaintiff realleges and incorporates by reference all preceding paragraphs as though fully set forth herein.

22. Defendants engaged in extreme and outrageous conduct by knowingly submitting disputed documents, dismissing valid affidavits, and issuing a Notice to Produce without legitimate basis, despite having reason to question the authenticity of the documents.

23. Defendants' conduct was intended to cause, or was in reckless disregard of the probability of causing, severe emotional distress to Plaintiff.

24. Due to Defendants' actions, Plaintiff has suffered severe emotional distress, including anxiety, depression, loss of sleep, and episodes of emotional breakdowns, resulting in further personal and emotional hardship.

25. Defendants' actions were malicious and intentional, warranting an award of punitive damages.

26. Plaintiff seeks compensatory and punitive damages for the severe emotional distress caused by Defendants.

**Count IV – ECONOMIC LOSS**

27. Plaintiff realleges and incorporates by reference all preceding paragraphs as though fully set forth herein.

28. As a consequence of Defendants' actions, including the submission of disputed documents and misuse of legal procedures, Plaintiff has suffered significant financial harm.

29. Plaintiff's financial harm includes but is not limited to:

    a. Lost income resulting from job loss.

    b. Diminished future earning capacity due to damage to Plaintiff's professional reputation.

    c. Out-of-pocket expenses incurred in connection with legal proceedings.

30. The economic loss Plaintiff has suffered was foreseeable and directly caused by Defendants' negligent and intentional actions.

31. Plaintiff seeks compensatory damages for all actual financial harm, including lost income, diminished future earning capacity, and out-of-pocket expenses, in an amount to be determined at trial, as well as punitive damages due to Defendants' intentional and malicious misconduct

**Count V – ABUSE OF PROCESS**

32. Plaintiff realleges and incorporates by reference all preceding paragraphs as though fully set forth herein.

33. Defendants, acting under the guise of legitimate legal procedures, engaged in the misuse of legal processes, including the issuance of a Notice to Produce on November 18, 2024, despite having reason to question the validity of the documents at issue. despite having reason to question the validity of the documents at issue.

34. The Notice to Produce was issued months after Plaintiff had submitted affidavits as supporting evidence on March 23, 2024, which directly contradicted the Defendants' claims. Despite having ample opportunity to issue such a notice earlier, Defendants delayed its issuance until November 18, 2024, with no legitimate purpose other than to prolong the proceedings and cause additional harm to Plaintiff.

35. **Defendants' actions in issuing the Notice to Produce, dismissing Plaintiff's affidavits as "self-Serving and meaningless" and relying on disputed documents were carried out in bad faith and with the intent to harass, intimidate, and burden Plaintiff.**

36. As a direct and proximate result of Defendants' abuse of process, Plaintiff has suffered significant Harm, including emotional distress, financial loss, and reputational damage.

37. Plaintiff seeks compensatory and punitive damages for the harm caused by Defendants' abuse of process.

**Count VI – CIVIL CONSPIRACY**

38. Plaintiff realleges and incorporates by reference all preceding paragraphs as though fully set forth herein.

39. Defendants, by mutual understanding and agreement, acted in concert to commit unlawful acts, including the use of fraudulent documents, the misuse of legal procedures, and the intentional infliction of emotional distress on Plaintiff.

40. Defendants' concerted actions were aimed at misleading the court, delaying proceedings, and causing harm to Plaintiff's personal and professional life.

41. The conspiracy between Defendants resulted in substantial harm to Plaintiff, including economic loss, emotional distress, reputational damage, and unnecessary legal expenses.

42. As a result of Defendants' unlawful conduct, Plaintiff has endured and continues to endure significant harm.

43. Plaintiff seeks compensatory and punitive damages for the harm caused by Defendants' civil Conspiracy.

**COUNT VII – VIOLATION OF DUE PROCESS AND EVIDENCE CONCEALMENT, AND MISCONDUCT BY OFFICER EDWARDS (42 U.S.C. § 1983 – Deprivation of Rights Under Color of Law)**

Plaintiff hereby incorporates all previous allegations as it fully set forth herein. In addition to the violations stated in prior counts, Plaintiff alleges the following regarding Defendant Officer Edwards and related misconduct.

**I. PARTIES INVOLVED**

1. Plaintiff: Joseph Sutherland, a citizen of the United States, who was subjected to unlawful search, procedural obstruction, and denial of access to key evidence.

2. Defendant: Officer Edwards (first name and badge number unknown), Cook County Sheriff's Office (CCSO), and Other Unknown Security Personnel ('John Doe Defendants').

**II. FACTUAL BACKGROUND**

1. On **January 28, 2025**, at approximately 10:00 AM – 11:00 AM, Plaintiff entered the Daley Center security checkpoint, where a **Cook County Sheriff's Office (CCSO)** security officer, identified only

as 'Edwards'; unlawfully took possession of, opened, and searched Plaintiff's wallet **without justification** or consent.

2. This unauthorized search was conducted without probable cause or reasonable suspicion, violating Plaintiff's **Fourth Amendment** rights.

3. Plaintiff immediately sought to obtain security footage of the incident through a **Freedom of Information Act (FOIA) request** (Request # R068757-020625) filed with the CCSO on **February 6, 2025.**

## III. OBSTRUCTION OF EVIDENCE

1. On **February 13, 2025**, CCSO responded, stating that **no security footage existed,** claiming it was beyond the retention period. However, Plaintiff asserts:

   - The incident was recent, making the claim that footage was unavailable highly suspect.

   - CCSO's refusal to provide footage suggests potential destruction or concealment of evidence in an attempt to cover up misconduct by Officer Edwards and other involved personnel.

2. The deliberate failure to retain, disclose, or preserve critical evidence violates **due process** rights under the **Fourteenth Amendment** and raises concerns of spoliation of evidence (intentional destruction of evidence relevant to legal proceedings).

## IV. CLAIMS FOR RELIEF

Plaintiff seeks the following relief:

1. **A federal order compelling the Cook County Sheriff's Office to disclose all available records related to the January 28, 2025, incident and to identify Officer Edwards.**

2. **A determination that the warrantless search by Officer Edwards violated Plaintiff's Fourth and Fourteenth Amendment rights.**

3. **An injunction barring further retaliation or obstruction by CCSO.**

4. **Plaintiff seeks Monetary damages for the constitutional violations, emotional distress, an obstruction of justice suffered as a result of Defendants' deliberate misconduct.**

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in his favor and award the following relief:

**A. Compensatory damages** for:

1. Lost income and diminished future earning capacity.

2. Out-of-pocket expenses incurred in connection with legal proceedings.

3. Emotional distress, including anxiety, depression, loss of sleep, and personal hardship.

**B. Punitive damages** to punish Defendants for their intentional and malicious conduct and to deter similar conduct in the future.

**C. Injunctive relief,** including:

1. An order prohibiting Defendants from using or relying on fraudulent or false documents in any Current or future legal or administrative proceedings involving Plaintiff.

2. An order requiring Defendants to identify and correct any false or misleading information or records submitted by them regarding Plaintiff in any legal or administrative matter.

3. An order prohibiting Defendants from engaging in retaliatory actions against Plaintiff for filing this lawsuit.

4. An order requiring Defendants to assist Plaintiff in correcting any inaccuracies or derogatory entries in his credit history resulting from their actions, including providing documentation or statements necessary for credit reporting agencies.

**D. Any other relief deemed just and proper by the Court.**

Respectfully submitted,

2-17-25

Joseph Sutherland
(773) 710-2107
**Email:** jsuth127@gmail.com

# Exhibit A

This exhibit includes two  Affidavits, both  signed and notarized March 23, 2024, attesting that Ms. Williams is unknown to the affiants and has never resided at the documented address.

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT - DOMESTIC RELATIONS DIVISION

IN RE: THE PARENTAGE AND SUPPORT OF: )
                                                  )

| | | |
|---|---|---|
| G.S. (YOB 1988), | No. | 90 D 50342 |
| J.S. (YOB 1992), | | 08 D 50467 |
| I.S. (YOB 1998), and | | 08 D 50468 |
| C.S. (YOB 2004), now all adults, | | 08 D 50469 |
| Latonya Brandy, | IV-D | C00696765 and C02285054 |
| Petitioner, | | |
| and | Cal. 44 | |
| Joseph Sutherland, | | |
| Respondent. | | |

### AFFIDAVIT OF Joseph Sutherland

Now comes Joseph Sutherland under oath, and states as follows:

1. I am Joseph Sutherland and I am the named Respondent in the above-referenced matters.
2. On February 26, 2008, I was not residing at 984 Wentworth Avenue, Calumet City, Illinois.
3. In 2008, I was residing in the State of Michigan with my then fiancée Erica Freeman. We were living in an R.V. (recreational vehicle.)
4. My mother, Mildred Sutherland, resided at 984 Wentworth Avenue, Calumet City, Illinois in 2008 and she was the homeowner at that time.
5. I do not have a known family member by the name of "Ms. Williams" who would have been 42 in 2008.
6. To my knowledge, no one else resided with my mother at 984 Wentworth Avenue, Calumet City, Illinois in 2008.
7. This affidavit is based on my personal knowledge. If called, I can testify competently to the facts in this affidavit.

Further the affiant sayeth not.

Joseph Sutherland

SUBSCRIBED TO AND SWORN TO BEFORE ME
THIS 23 DAY of March, 2024.

Notary Public

MARLEN BARAJAS
Notary Public, State of Indiana
Lake County
Commission Number NP0737048
My Commission Expires
October 26, 2029

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT - DOMESTIC RELATIONS DIVISION

IN RE: THE PARENTAGE AND SUPPORT OF: )
              )
G.S. (YOB 1988),          )   No.  90 D 50342
J.S. (YOB 1992),          )      08 D 50467
I.S. (YOB 1998), and        )      08 D 50468
C.S. (YOB 2004), now all adults,    )      08 D 50469
              )
Latonya Brandy,         )   IV-D  C00696765 and C02285054
Petitioner,            )
      and        )   Cal. 44
              )
Joseph Sutherland,        )
Respondent.          )

<u>AFFIDAVIT OF Mildred Sutherland</u>

    Now comes Mildred Sutherland under oath, and states as follows:

1. I am Mildred Sutherland and I am the mother of Joseph Sutherland, the named Respondent in the above-referenced matters.
2. On February 26, 2008, I was the owner of the home located at 984 Wentworth Avenue, Calumet City, Illinois.
3. On February 26, 2008, I was the only resident at 984 Wentworth Avenue, Calumet City, Illinois. I lived alone.
4. I do not have a family member names "Ms. Williams" who was around 42 years old I 2008. I had no roommate named "Ms. Williams" at that time either.
5. In 2008, my son, Joseph Sutherland was living in an R.V. in the State of Michigan with his fiancée Erica Freeman. Joseph Sutherland was not residing with me at 984 Wentworth Avenue, Calumet City.
6. This affidavit is based on my personal knowledge. If called, I can testify competently to the facts in this affidavit.

Further the affiant sayeth not.

                     _Mildred Sutherland_
                     Mildred Sutherland

SUBSCRIBED TO AND SWORN TO BEFORE ME
THIS ___23___ DAY of _March_____, 2024.

_Marlen Barajas_
Notary Public



MARLEN BARAJAS
Notary Public, State of Indiana
Lake County
Commission Number NP0737048
My Commission Expires
October 26, 2029

# EXHIBIT B

This Appearance form filed on May 7, 2024, informing the opposing party of Plaintiff's unstable living situation and providing direct contact information.

Domestic Relations cases will be heard by phone or video.
to http://www.cookcountycourt.org/LinkClick.aspx?fileticket=G7A8KAcSi8E%3d&portalid=0
to get more information and Zoom Meeting IDs.
mote Court Date. No hearing scheduled

| | | |
|---|---|---|
| | 1900 - Appearance and Jury Demand - Fee Paid | **FILED** |
| 0904 - Appearance Filed - Fee Waived | 1904 - Appearance and Jury Demand - Fee Waived | 5/7/2024 2:41 PM |
| 0909 - Appearance Filed - No Fee Paid | 1909 - Appearance and Jury Demand - No Fee Paid | (12/01/13) CCDR 0054 |

~~CIRCUIT CLERK~~

COOK COUNTY, IL
1990D050342
Calendar, 51
27587008

### IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, DOMESTIC RELATIONS DIVISION

IN RE: ☐ Marriage ☐ Civil Union ☐ Legal Separation ☐ Allocation of Parental Responsibilities
☐ Visitation (Non-Parent) ☐ Support ☐ Order of Protection

| | |
|---|---|
| Latonya Brandy | |
| _____ | Case No. **90 D 50342 (companion case to** |
| **Petitioner** | |
| and | Cal. **K** **08 D 50467)** |
| Joseph Sutherland | |
| _____ | |
| **Respondent** | |

### ☑ APPEARANCE  ☐ JURY DEMAND

**I.** ☐ **BY COUNSEL**

I HEREBY ENTER THE APPEARANCE

OF _____
(Insert party's name)

AND MY OWN AS

☐ INITIAL COUNSEL OF RECORD
☐ ADDITIONAL or TRIAL COUNSEL-(Petitioner)
☐ ADDITIONAL or TRIAL COUNSEL-(Respondent)

☐ CHILD'S REPRESENTATIVE
☐ GUARDIAN AD LITEM
☐ ATTORNEY FOR CHILD(REN)

☐ SUBSTITUTE COUNSEL-(Petitioner)
☐ SUBSTITUTE COUNSEL-(Respondent)

☐ OTHER: _____
(Specify)

IN THE ABOVE MATTER

/s/ _____
Attorney's Signature

**II.** ☑ **PRO SE**

I, Joseph Sutherland _____, HEREBY ENTER MY APPEARANCE IN THE ABOVE MATTER

/s/ X _____
Respondent's Signature

**III.** A copy of this document must be served on all parties not been found by the Court to be in default either by personal service or by U. S. Mail, properly addressed, with first class postage prepaid. Service by mail is complete four (4) days after mailing.

By: X _____

☐ Atty. No.: _____  ☑ Pro se 99500

Name: Joseph Sutherland

Atty. for: Self-Represented Respondent

Address: No Stable Living Situation

City/State/Zip Code: _____

Telephone: (773) 710-2107

Primary Email: JSuth127@gmail.com

Secondary Email: _____

Tertiary Email: _____

Pro se Only: ☐ I have read and agree to the terms of the *Clerk's Office Electronic Notice Policy* and choose to opt in to electronic notice from the Clerk's Office for this case at this Email address:

_____

### IRIS Y. MARTINEZ, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
Page 1 of 1

# EXHIBIT C

Email sent by Movant to ASA Karin A. Travis on September 2, 2024, informing her of a prior notification error.

 Gmail                                            **Jack Rabbi <jsuth127@gmail.com>**

---

## (no subject)
1 message

**Jack Rabbi** <jsuth127@gmail.com>                               Mon, Sep 2, 2024 at 6:46 PM
To: Karin.Travis@cookcountysao.org

Dear ASA Travis :

I attempted to leave a voicemail on Friday, however, I was unable to due to cell phone issues on my end. I did not receive any Response from the State. I have had assistance of an Advice Desk and they were able to see that the Response that was prepared was sent to Attorney Timothy McAvoy. Attorney McAvoy does not represent me in this matter. I do not know why any response was sent to him. As I recall from our last Court date, you advised the Court that I was, in fact, representing myself, which I am. Additionally, I notice that the Response was due on July 30, 2024, but one was not filed until August 5, 2024. I would like to prepare a written Reply on this matter and would ask for 28 days, but would probably be able to have a written Reply prepared in 21 days.

Obviously, I am not able to have a hearing on September 3, 2024, as I never received the Response from your office. However, I also do not want to delay this matter much further. I hope to have time to file a Reply and then set the matter for hearing.


Sincerely,


Joseph Sutherland

Self-Represented Respondent

# EXHIBIT D

Response email from ASA Karin A. Travis on September 3, 2024, acknowledging the notification error and assuring Plaintiff that such errors would be corrected moving forward.

 **Gmail**

Jack Rabbi <jsuth127@gmail.com>

---

## Re:
1 message

---

**KARIN A TRAVIS** <karin.travis@cookcountysao.org>                     Tue, Sep 3, 2024 at 8:42 AM
To: Jack Rabbi <jsuth127@gmail.com>

ar Mr. Sutherland:

The response was filed Unfortunately, the response was mailed to an attorney who is no longer your attorney of record. This was an administrative error.

I have no issue of giving this another court date so that you may reply to my response. I will ensure that my response is directed to you so that you may reply.

Hope to see you on Zoom!

Yours,

**We have moved! Please take note of our new physical location and email address.**



Karin A. Travis

Lead Attorney - Intergovernmental Unit
Civil Actions Bureau - Child Support Services

Cook County State's Attorney's Office

180 N. LaSalle Street

Chicago, IL 60601

P: 312.345.2221    F: 312.345.2352

E: karin.travis@cookcountysao.org

This communication is private and confidential and may be subject to attorney-client and/or work product privileges. If you have received this message in error, please notify the sender and remove it from your system.

P: 312.345.2221    E: karin.travis@cookcountysao.gov

This communication is private and confidential and may be subject to attorney-client and/or work product privileges. If you have received this message in error, please notify the sender and remove it from your system.

---

**From:** Jack Rabbi <jsuth127@gmail.com>
**Sent:** Monday, September 2, 2024 6:46 PM
**To:** KARIN A TRAVIS <karin.travis@cookcountysao.org>
**Subject:**

8/5/2024 1:08 PM
IRIS Y. MARTINE:
CIRCUIT CLERK
COOK COUNTY, I
1990D050342
Calendar, 51
28807092

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### DOMESTIC RELATIONS DIVISION

Illinois Department of Healthcare and Family Services, ex rel.,

**LATONYA BRANDY**

    [ x ] Petitioner / [ ] Counter-Respondent,

       -vs-

**JOSEPH SUTHERLAND**

    [ x ] Respondent / [ ] Counter-Petitioner.

| | |
|---|---|
| **Docket No.:** | 90D050342 |
| **Case No.:** | C02285054 |
| **Cal / Dist.:** | Calendar 51 |

### NOTICE OF MOTION

TO: **TIMOTHY R MCAVOY**
    **ATTORNEY AT LAW**
    **ATTORNEY FOR RESPONDENT**
    **PO BOX 371**
    **FLOSSMOOR, IL 60422**

On October 01, 2024 at 9:05 AM, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge by remote video conference via Zoom at 936 0956 8702 (Zoom ID), 633440 (Password). Please do not appear at the courthouse for this hearing. Please check with the Circuit Court of Cook County at cookcountycourt.org for updated Zoom information prior to your remote hearing.

KIMBERLY M. FOXX #17052
State's Attorney of Cook County

By: _____
Assistant States Attorney, (Attorney for HFS)
180 N. LaSalle Street Suite 1600
Chicago, IL 60601
(312) 345-2200
sao.csed@cookcountysao.org

---

### CERTIFICATE OF SERVICE BY DELIVERY

The undersigned hereby certifies under penalties of perjury as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, that on _____, 20_____ I served this notice by delivering a copy personally to each person to whom it is directed.

_____    _____
Signature                                 Print Name

Copy received by _____, 20____ at _____ a.m. / p.m.

### CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies under penalties of perjury as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, that I served this notice by mailing a copy to the person(s) named above at the address which appears above by depositing the same in the U. S. mail at 180 N LaSalle Street, Chicago, Illinois 60601, before 5:00 PM on or before ___8 · 8___, 20_24_ with proper postage prepaid.

_____    ____N. KERIMLI____
Signature                                 Print Name

SAO 400-01(ncp) [Rev. 07/20]

FILED
8/5/2024 1:08 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
1990D050342
Calendar, 51

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## DOMESTIC RELATIONS DIVISION

Illinois Department of Healthcare and Family Services, ex rel.,

**LATONYA BRANDY**
    [ x ] Petitioner / [ ] Counter-Respondent,

       -vs-

**JOSEPH SUTHERLAND**
    [ x ] Respondent / [ ] Counter-Petitioner.

| | |
|---|---|
| **Docket No.:** | 90D050342 |
| **Case No.:** | C02285054 |
| **Cal / Dist.:** | Calendar 51 |

### NOTICE OF MOTION

TO:  **LATONYA BRANDY**
     **1007 N SPRINGFIELD AVE FL1**
     **CHICAGO, IL 60651**

On October 01, 2024 at 9:05 AM, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge by remote video conference via Zoom at 936 0956 8702 (Zoom ID), 633440 (Password). Please do not appear at the courthouse for this hearing. Please check with the Circuit Court of Cook County at cookcountycourt.org for updated Zoom information prior to your remote hearing.

KIMBERLY M. FOXX  #17052
State's Attorney of Cook County

By: _____
Assistant States Attorney, (Attorney for HFS)
180 N. LaSalle Street Suite 1600
Chicago, IL 60601
(312) 345-2200
sao.csed@cookcountysao.org

---

### CERTIFICATE OF SERVICE BY DELIVERY

The undersigned hereby certifies under penalties of perjury as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, that on _____, 20_____ I served this notice by delivering a copy personally to each person to whom it is directed.

_____      _____
Signature                                 Print Name

Copy received by: _____, 20____ at _____ a.m. / p.m.

### CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies under penalties of perjury as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, that I served this notice by mailing a copy to the person(s) named above at the address which appears above by depositing the same in the U. S. mail at 180 N LaSalle Street, Chicago, Illinois 60601, before 5:00 PM on or before _____*8 - 8*_____, 20*24* with proper postage prepaid.

_____      _____
Signature                                 Print Name     N. KERIMLI

SAO 400-01(cp) [Rev. 07/20]

# EXHIBIT E

Notice to Produce emailed by Sandra L. Crowley on November 18, 2024, bearing the signature of ASA Karin A. Travis and pertaining to Docket 1990D050342.

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

### DOMESTIC RELATIONS DIVISION

Illinois Department of Healthcare and Family Services, ex rel.,                                    Docket No.: 90D050342

LATONYA BRANDY
Petitioner,
-vs-                                                                              IV-D No.: C 02285054

JOSEPH SUTHERLAND
Respondent.                                                                       Calendar No.: 51

NOTICE TO PRODUCE

To:  Joseph Sutherland    Via Email: JSuth127@gmail.com

**YOU ARE HEREBY REQUIRED**, pursuant to Supreme Court Rule 214, to produce within 28 days for inspection and copying at the offices of the Cook County State's Attorney, Child Support Enforcement Division, the following (together with transcripts, reports, memoranda, or recordings purporting to reflect the same):

1. **Personal Tax Returns**    All State and Federal tax returns and amendments for such returns for calendar year 2007, 2008, AND 2009, including, but not limited to, the following for same years:
    a.  W-2's and W 4's
    b.  1099's
    c.  1040
    d.  Schedules

2. **Business Tax Returns**    For any business owned, operated or in your control, for calendar 2007, 2008, AND 2009, including, but not limited to, the following for same years:
    a.  K1's
    b.  Schedules
    c.  Worksheets and receipts

3. **Residential Information**        Provide all records/documents/lists regarding your usual place or places of abode from January 1, 2007, to January 31, 2009, including but not limited to:
    a.  Mortgage Documents
    b.  Deeds
    c.  Leases
    d.  Type of Building (single family, 2 flat, etc.)
    e.  Parking amenities
    f.  List of all household members and contact numbers
    g.  Tenants
    h.  Spouse/Fiancee/Partner usual place of abode
    i.  Landlord name and contact information
    j.  Name and contact information of neighbors
    k.  Tax bills
    l.  Insurance policies, including homeowners, rental, fire
    m.  Utility bills (water bill, gas bill, cell and home phone, electric, internet, cable, etc)

Page 1 of 3

400-83-SE

     n.  Purchase or sale documents (including HUD 1 statements, closing statements and purchase or sale contracts)

4. **Motor Vehicles**    Provide all records/ document/lists pertaining to any motorized vehicle owned, bought or sold by you, your company from January 1, 2007, to January 31, 2009, including:
   a. Make and model
   b. Plate and registration
   c. Loans and bill of sale
   d. Insurance for each vehicle

5. **Inheritance, Insurance Claims and Settlements**    Provide all records/documents/lists regarding any inheritance, insurance claim or settlements that you received or were the beneficiary of from January 1, 2007, to January 31, 2009.

6. **Accounts**    Provide all records/documents regarding bank accounts, credit cards, stocks/bonds, mutual funds and retirement accounts in which you are listed as an owner, co-owner, beneficiary or that are otherwise in your control including from January 1, 2007, to January 31, 2009, including:
   a. Name and address of financial institution and account number for each
   b. Statements for all accounts during this period
   c. Location statement mailed to for same period
   d. Date account opened

7. **Employment, Self-Employed or Business Owner**    Provide all documents/records pertaining to any employment, self-employment or business owned, operated or in your control from January 1, 2007, to January 31, 2009, including:
   a. Name, and contact information of all employers
   b. If self- employed
      i. Address of business
      ii. Rental agreements
      iii. Articles of incorporation
      iv. Owner and contact information of property where business is located
      v. Copies of all business licenses
   c. Copies of Professional Licenses held

8. **Driver's License/State ID**    Provide records/documents/list of all Driver's License/State ID cards in your name from January 1, 2007, to January 31, 2009, including:
   a. Address listed on cards during this time
   b. License/ID number
   c. State issuing card
   d. Traffic Tickets

9. **Voter's registration Cards**    Provide records/document/copy of any voter's registration Card you had from January 1, 2007 to January 31, 2009.
   a. Address listed on cards during this time
   b. State issuing card

10. **Criminal Background**    Provide a list from January 1, 2007, to January 31, 2009, including but not limited to:

    a. Arrests

    b. Incarceration

    c. Convictions

11. **Court Cases** you were named in from January 1, 2007, to January 31, 2009. Provide a list of all cases, court locations and appearances and copies of court documents, including but not limited to:

    a. Traffic

    b. Criminal

    c. Civil

    d. Bankruptcy

12.

13. **Schooling**    Provide a list/ documents/records of any Schools (academic or professional) attended from January 1, 2007, to January 31, 2009.

14. **Insurance**    Provide documents/records/lists of all medical, dental, vision insurance from January 1, 2007, to January 31, 2009.

15. **Miscellaneous** List/documents and records for all miscellaneous documents that indicated usual place of abode from January 1, 2007, to January 31, 2009, including but not limited to:

    a. Loyalty or reward cards applied for, obtained, used

        i. Name, address and contact number of company

        ii. Copy of card

    b. Library card

    c. Union memberships contract

    d. Trade associations

    e. Magazine/publication subscriptions

    f. Gym/fitness center memberships

    g. List of address mail was sent

    h. Churches attended

    i. Name and contact information for any party that signed an affidavit as a part of this action

Kimberly M. Foxx #17052
State's Attorney of Cook County

By: *Karin A. Travis*
Assistant State's Attorney, (Attorney for HFS)
28 North Clark St., Suite 300
Chicago, Illinois 60602
(312) 345-2200

400-83-SE

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**DOMESTIC RELATIONS DIVISION**

**Illinois Department of Healthcare and Family, ex. rel.**

**Latonya Brandy, on behalf of,**                              **Docket No. 90D050342**

**Gysai Sutherland, a minor child,**                              **C. No.  C01845570**
**Petitioner,**
      **-vs-**                              **Cal. No.  U**

**Joseph Sutherland,**
**Respondent.**

## CERTIFICATE OF SERVICE OF DISCOVERY DOCUMENTS

**TO:**    **Joseph Sutherland**
        **Via Email: JSuth127@gmail.com**

I, the undersigned non-attorney, do hereby certify under penalties of perjury as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, that I sent the following:

**[  ]**    **DISCLOSURE STATEMENT Pursuant to Rule 13.3.1 to the Respondent**

**[ X ]**    **NOTICE TO PRODUCE to the Respondent**

by mailing a copy of the person named above at the email address which appears above by emailing the same before 5:00 P.M on or before November 18, 2024 , for response in accordance with Supreme Court Rules and Circuit Court Rules with a **DEMAND HEREWITH THAT THE SAME BE ANSWERED WITHIN TWENTY-EIGHT DAYS.**

Respectfully Submitted,

*Sandra Crowley*
Sandra Crowley

# EXHIBIT F

Documentation of the lack of procedural emails or notifications regarding the scheduled court hearing on December 17, 2024. (Intentionally left blank)

# EXHIBIT G

Freedom of Information Act (FOIA) request submitted by
Plaintiff on December 19, 2024, seeking documentation of
all court notifications issued for the December 17, 2024,
hearing.

 Gmail

**Jack Rabbi <jsuth127@gmail.com>**

---

# FOIA Request :: R003292-121924
1 message

---

**Cook County State's Attorneys Office** <cookcountystatesattorney@govqa.us>    Thu, Dec 19, 2024 at 10:39 PM
To: "Jsuth127@gmail.com" <Jsuth127@gmail.com>

---



Dear Joseph Sutherland:

The Cook County State's Attorney's Office is in receipt of your request for information under the Freedom of Information Act (the "Act"). Your request was received in this office on 12/20/2024 and given the reference number R003292-121924 for tracking purposes.

**Records Requested:** I am requesting access to public records related to docket 1990D050342

Your request will be forwarded to the relevant department(s) to locate the information you seek and to determine the volume and any costs associated with satisfying your request.

You can monitor the progress of your request at the link below.

Cook County State's Attorneys Office

---

To monitor the progress or update this request please log into the FOIA Records Center

Powered by
 GovQA

# EXHIBIT H

Acknowledgement of the FOIA request by the Cook County State's Attorney's Office on December 20, 2024, with a response indicating that "No Records exist"

6:08                                                    LTE ⬆⬇ ⬛ 44% 🔋

🏠  ⚏ cookcountystatesattorney.govqa.us/WEBAPP/_rs/   +   [1]   ⋮

View File(s)        View Message(s)

**Request Type:**

FOIA Request

**Contact E-Mail:**

Jsuth127@gmail.com

**Reference No:**

R003292-121924

**Status:**

No Records Exist

**Balance Due:**

$0.00

**Payments:**

$0.00

| | UPLOAD DATE | | ⬇ DOWNLOAD ALL |
|---|---|---|---|
| Files: | 12/20/2024 | Sutherland__Joseph_response_12.20.2024.pdf | |

*Powered by*
**GovQA**

|||        ◯        ‹



# OFFICE OF THE STATE'S ATTORNEY
## COOK COUNTY, ILLINOIS

**EILEEN O'NEILL BURKE**
STATE'S ATTORNEY

CHARITA CALLAWAY
FOIA OFFICER

50 W. WASHINGTON STREET
CHICAGO, ILLINOIS 60602

December 20, 2024

VIA RECORDS PORTAL

Joseph Sutherland
JSuth127@gmail.com

Re: FOIA Request #R003292-121924 dated December 19, 2024

Dear Joseph Sutherland:

I am responding to the request for documents under the Illinois Freedom of Information Act ("FOIA") statute that was received by the Cook County State's Attorney's Office (the "SAO") on December 20, 2024 via the records portal for the following records:

> *I am requesting access to public records related to docket 1990D050342*

On December 20, 2024, we received your revised request.

> *In addition to my request for all court public records related to docket 1990D050342,*
> *1. I'd like copies of all court notifications issued for December 17, 2024 sent via email, mail, or other.*
> *2. Documentation showing recipients of these notifications and method of delivery.*
> *3. Records confirming whether notifications were successfully delivered and to whom.*
> *4. IF request is denied in whole or in part please provide a written explanation.*
> *5. Please send to my email jsuth127@gmail.com*
> *Thank you for your time, JOSEPH SUTHERLAND*

After discussions with SAO personnel who are most knowledgeable about the existence and location of any records responsive to your request, it has been concluded that the SAO does not maintain the requested records.

Please note that <u>each department</u> of government entities is a public body under Section 2 of FOIA, 5 ILCS 140/2(a). See Duncan Publishing, Inc. v. City of Chicago, 1281, 1286 (1ST Dist. 1999) (Clearly, each of the individual departments are subsidiary bodies of the County and are public bodies as defined by the FOIA.) A FOIA request must be directed to the department that maintains the records you are seeking.

Sincerely,

/s/Charita Callaway
Charita Callaway
FOIA Officer
50 W. Washington Street
Chicago, Illinois 60602

# EXHIBIT i

This exhibit features a disputed signature attributed to "Ms. Williams", an individual unknown to Movant and the documented address.

Domestic Relations cases will be held by video before the COOK COUNTY ILLINOIS
to http://www.cookcountycourt.org/LinkClick.aspx?fileticket=G7AKAvSIbPY/3d&portalid=0
to get more information and Zoom Meeting IDs. **** PATERNITY ****
mote Court Date: No hearing scheduled

DIE DATE: 3/10/2008

CASE #: C0035G755

Defendant:

____ NENTWORTH AVE                          Apt #
CALUMET CITY              IL        60409-

C/O:

SHERIFF'S NO:

Docket NO:

FILED
5/7/2024 2:31 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
1990D050342
Calendar, 51
27587008

Service Instructions/Info:

(A) I CERTIFY THAT I SERVED THIS SUMMONS ON THE DEFENDANT AS FOLLOWS:
....1 PERSONAL SERVICE: BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH
THE NAMED DEFENDANT PERSONALLY.

....2 SUBSTITUTE SERVICE: BY LEAVING A COPY OF THE SUMMONS AND A COPY OF THE
COMPLAINT AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH SOME MEMBER OF
THE FAMILY, OR A PERSON RESIDING THERE, OF THE AGE 13 OR UPWARDS, AND
INFORMING THAT PERSON OF THE CONTENTS THEREOF 26 DAY OF FEB 08
ALSO, A COPY OF THE SUMMONS WAS MAILED ON ____ DAY OF ____
IN A SEALED ENVELOPE WITH POSTAGE FULLY PREPAID, ADDRESSED TO THE
DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE.
SAID PARTY REFUSED NAME ____

....3 SERVICE ON CORPORATION ____ COMPANY ____ BUSINESS ____ PARTNERSHIP ____
BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH THE REGISTERED
AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT.

....4 I CERTIFY THAT I SERVED AN ASSET DISCLOSURE STATEMENT (CIR. CT. RULE 13.3.1)
ALONG WITH THE SUMMONS AND COMPLAINT, ON THE DEFENDANT IN THE MANNER
STATED ABOVE IN PARAGRAPH (A)  AND BELOW IN PARAGRAPH (B).

(B) 1 NAME OF THE PERSON WRIT SERVED ON: MS. WILLIAMS (MOTHER)
2 SEX F / M F  RACE ____  AGE 42
PLACE OF SERVICE: 984 WENTWORTH CALMEN ILL 60409
THIS 26 DAY OF FEB 2008 TIME 6:00AM/PM

ADDITIONAL REMARKS: ____

THOMAS J. DART, SHERIFF BY ____ Lewis 976

(C) THE NAMED DEFENDANT WAS NOT SERVED:
....1 TYPE OF BLDG ____                           ...2 R.R TO ____
NEIGHBOR'S NAME ____                              ADDRESS ____
ADDRESS ____                                      DATE ____ 20 ____
DATE ____ 20 ____ DEPUTY ____                     DEPUTY ____

CIRCLE REASON NOT SERVED:
01 MOVED                07 EMPLOYER REFUSAL        ...3 R.R. TO ____
02 NO CONTACT           08 DECEASED                ADDRESS ____
03 EMPTY LOT            09 BLDG DEMOLISHED         DATE ____ 20 ____
04 NOT LISTED           10 NO REGISTERED AGT.      DEPUTY ____
05 WRONG ADDRESS        11 NO SUCH PERSON
06 NO SUCH ADDRESS      12 OTHER REASON

DATE ____
1. ____
2. ____

Exhibit A

(4 pages)

DOROTHY BROWN
TED SERVICES

2008 FEB 29 PM 12:49
CLERK OF THE CIRCUIT COURT
EXPEDITED SERVICE FILED SUPPORT
FILED-CS

# EXHIBIT J

Employment verification letter from Truckmovers, dated January 8, 2025, confirming Plaintiff's employment history and last working day as December 1, 2022.



*Doing Business as TruckMovers*

2310 S. Redwood Avenue
Independence, MO 64057
P: 816.861.5444
F: 816.861.5488

January 8, 2025

To Whom it May Concern:

Joseph M Sutherland was an Independent Contract Driver with our company. His dates of contract are below:

March 12, 2014 through August 15, 2014
February 20, 2019 through November 22, 2019
April 2, 2021 through January 18, 2023

The last load he took for us was on December 1, 2022. His hours and pay varied depending on the loads that he chose to take. His job location varied as he was an Over-The-Road driver for us.

Please let me know if you have any questions or concerns.

Thanks,

Kristy DeMeyer
HR Manager
816-994-0606
kristy@truckmovers.com

# EXHIBIT K

A summary of the January 28, 2025 incident at the Richard J Daley Center checkpoint. FOIA requests and supporting communications.

EXHIBIT K-1
COMPLAINT
AWARENESS
Letter

Office of the Chief Judge
Richard J. Daley Center
50 W. Washington Street, Suite 2600
Chicago, IL 60602

**Re: Formal Complaint Regarding Unwarranted Search and Intimidation at Daley
Center Security Checkpoint – Fourth Amendment Violation**

Dear Office of the Chief Judge,

I am writing to formally file a complaint regarding an incident that occurred at the **Richard J. Daley
Center** on **January 28, 2025,** involving an **unwarranted search** of my personal belongings and
intimidation by a security officer stationed at the 1st-floor security checkpoint. Upon complying with
standard security procedures—placing my belongings in a bin and walking through the metal detector—
**a security officer without cause or my consent, opened my wallet and searched through its contents**.
When I questioned the officer about the reason for this search, he responded, **"Because you look like
somebody we are looking for."** This encounter left me **feeling targeted, intimidated,** and **fearful**,
especially in light of my ongoing legal matters within the Cook County court system.

**Constitutional Concerns – Fourth Amendment Violation**

I believe this incident constitutes a **violation of my Fourth Amendment** rights, which protect against
unreasonable searches and seizures. While security screenings at courthouses are standard, such
searches must be reasonable, justified, and not excessively intrusive without probable cause. In this
case, there was no legitimate security concern that warranted the officer's invasive actions.
Furthermore, the officer's vague justification suggests a potential case of **profiling** or **abuse of authority**,
which raises serious concerns about the practices and training of courthouse security personnel.

**Request for Investigation and Action:**

- A full investigation into the actions of the officer involved in this incident.

- A review of security procedures and training protocols related to searches at the Daley Center to prevent future misconduct.

- **Confirmation that my complaint has been received and will be addressed appropriately.**

I am also sending a copy of this complaint to the **Office of Professional Review (OPR)** to ensure awareness of this matter.

Thank you for your attention to this serious issue. I look forward to a timely response outlining the steps your office will take to investigate and address this matter.

Sincerely,

FEB 1, 2025

Joseph Sutherland

(773) 710-2107 (text preferred)

**Email:** jsuth127@gmail.com



Jack R    *EXHIBIT K-2*
*COMPLAINT*
*AWARENESS*
*RESPONSE*

## Joseph Sutherland Correspondence
1 message

**Ocj Chief (Chief Judge's Office)** <ocj.chief@cookcountyil.gov>        Mon, Feb 10, 2025 at 12:08 PM
To: "jsuth.127@gmail.com" <jsuth.127@gmail.com>

February 10, 2025

Dear Mr. Sutherland,

I am writing in response to your letter to Chief Judge Timothy C. Evans, which was referred to me for a response. The administrative authority of the chief judge does not include the authority to address the issues raised in your correspondence.

We suggest you forward your concerns to the Cook County Sheriff's Department at:

Honorable Thomas Dart
Cook County Sheriff's Office
50 W. Washington Street, Room 702
Chicago, Illinois 60602

Sincerely,

Katherine Nolan
Director
Legal Research Division

🖨 **Please consider the environment before printing this email.**



Cook County Sheriff's Office – FOIA Division
50 W. Washington St.
Chicago, IL 60602


**FOIA Request for Security Footage from Daley Center Security Checkpoint**


Dear FOIA Officer,

Pursuant to the **Illinois Freedom of Information Act (5 ILCS 140),** I am requesting access to and copies of the **security camera footage from the Daley Center security checkpoint** on **January 28,2025,** between approximately **10:00am -11:00am.**

This request pertains to an incident in which **a security officer improperly removed and searched my wallet at the security checkpoint.** I am seeking:

**1. All security footage covering the checkpoint area where I was screened.**

**2. Any available audio and video recordings of the incident.**

3. Identification of the security personnel involved (if recorded in the footage).


I request that this information be provided in **electronic format** where possible. If any portion of my request is denied, please provide a **detailed written explanation citing the specific exemption(s) used to justify the denial,** as required by the FOIA statute.

I understand that **FOIA requests must be fulfilled within five (5) business days,** per Illinois law. If additional time is required, please notify me in writing with the reason for the delay.

Please confirm receipt of this request and provide an estimated timeline for fulfillment. You may send all requested materials electronically to my email at **jsuth127@gmail.com,** or I can make arrangements to pick up a physical copy.

Thank you for your prompt attention to this matter.


Sincerely,

FEB 1, 2025

Joseph Sutherland
(773) 710-2107 (text preferred)
Email: jsuth127@gmail.com

 Gmail

Jack F

EXHIBIT K-4
FOIA
ACKNOWLEDGED

## FOIA Request :: R068757-020625
1 message

**Cook County Sheriff's Office** <cookcountysheriff@govqa.us>
To: "jsuth127@gmail.com" <jsuth127@gmail.com>

Thu, Feb 6, 2025 at 5:14 PM



Dear Joseph Sutherland:

Thank you for your interest in public records of the Cook County Sheriff's Office. Your request was received in this office on 2/6/2025 and given the reference number R068757-020625 for tracking purposes.

Your request will be forwarded to the relevant department(s) to locate the information you seek and to determine the volume and any costs associated with satisfying your request. You will be contacted about the availability and/or provided with copies of the records in question.

To monitor the progress or update this request please log into the FOIA Request Center

Powered by


EXHIBIT K-5
FOIA
RESPONSE

## Message History (3)

✉ On 2/13/2025 8:39:53 AM, Cook County Sheriff's Office wrote:

**Subject:** [Records Center] FOIA Request :: R068757-020625
**Body:**
RE: FOIA Request of February 06, 2025, Reference # R068757-020625

Dear Joseph Sutherland,

Thank you for contacting the Cook County Sheriff's Office ("CCSO") pursuant to the Illinois Freedom of Information Act ("FOIA"), 5 ILCS 140/1 et seq. (2012).

Your request mentioned:

*Pursuant to the Illinois Freedom of Information Act (5 ILCS 140), I am requesting access to and copies of the security camera footage from the Daley Center security checkpoint on January 28,2025, between approximately10:00am -11 :00am.*
*This request pertains to an incident in which a security officer improperly removed and searched my wallet at the security checkpoint. I am seeking: 1. All security footage covering the checkpoint area where I was screened.*
*2. Any available audio and video recordings of the incident.*
*3. Identification of the security personnel involved (if recorded in the footage).*

Please be advised that the CCSO conducted a diligent search based on the information you provided. However, no records were found in response to your request. The footage was beyond the retention period.

Please contact us by replying to this email if you have any further concerns/questions related to this request.

Sincerely,

Alexander Lee
Cook County Sheriff's Office
FOIA Officer/Legal Department

✉ On 2/6/2025 5:13:45 PM, Cook County Sheriff's Office wrote:

